148 U.S. 390 (1893)
OGDEN
v.
UNITED STATES.
No. 1184.
Supreme Court of United States.
Submitted March 20, 1893.
Decided March 27, 1893.
APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE EASTERN DISTRICT OF LOUISIANA.
Mr. Solicitor General for appellee in support of the motion.
*391 Mr. J.R. Beckwith for appellants, opposing.
THE CHIEF JUSTICE:
This appeal is dismissed upon the authority of Bank v. Peters, 144 U.S. 570; Hubbard v. Soby, 146 U.S. 56, and cases cited.